**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7884**

JOSEPH A. DANIELS,

        Plaintiff - Appellant,

    v.

PAUL E. CALDWELL,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:14-cv-00856-REP-RCY)

Submitted:  April 19, 2016      Decided:  April 21, 2016

Before AGEE, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph A. Daniels, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph A. Daniels appeals the district court's order denying his "Motion for Judgment" that the district court construed as motion for relief under Fed. R. Civ. P. 60(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Daniels v. Caldwell</u>, No. 3:14-cv-00856-REP-RCY (E.D. Va. Nov. 16, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>